# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148123

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

YONG XING DENG,
    Defendant-Appellant.

SC: 148123
COA: 317630
Shiawassee CC: 13-004372-AR

_____/

On order of the Court, the application for leave to appeal the August 28, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



Clerk

d0324